ADOLPHUS D. STRAUS and Others, Appellants, v. COMPAGNIE ALGERIENNE, S. A., Respondent.— Preference granted for October 16, 1924.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY DEWINSKY, Appellant.— Preference granted for October 16, 1924.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, etc. (Gerard Avenue, East 168th Street, Walton Avenue, Bronx.)— Preference granted for October 15, 1924.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GENERAL THEOLOGICAL SEMINARY, Respondent, v. CITY OF NEW YORK, Appellant.— Preference granted for October.15, 1924. . Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GIUSEPPE CARRACCIO, Appellant.— Preference granted for October 15, 1924.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of JEANNIE B. TRULL, as Executr`:, etc., for a Peremptory Mandamus Order Directed to JOHN P. O'BRIEN, as Corporation Counsel, etc. (Old Gun Hill Road, Bronx.) — Preference granted for October 9, 1924.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LAWRENCE L. GILLESPIE and Others, Copartners, etc., Respondents, v. AMERICAN CINEMA CORPORATION, Appellant.   LAWRENCE L. GILLESPIE and Others, Copartners, etc., Respondents, v. AMERICAN CINEMA CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JEAN H. LALLEMAND and Another, Individually and as Copartners, etc., Respondents, v. MUTUAL CHEMICAL COMPANY OF AMERICA, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted to the extent indicated in order.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JEAN H. LALLEMAND and Another, Individually and as Copartners, etc., Respondents, v. MUTUAL CHEMICAL COMPANY OF AMERICA, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RICHARD CROKER, JR., Respondent, v. THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., of RICHARD CROKER, Deceased, Appellant.— Orders affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALBERT WILLIAM SHARP, Appellant, v. 142 WEST 26TH STREET REALTY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to apply at Special Term to examine defendant upon the .question what, if any, workmen's compensation insurance he procured, the allegation as to the procurement of which is contained in the complaint and denied in the answer.   No opinion.   Present — Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CORA B. MERRITT, 'Respondent, v. NORMAN ALLAN MERRITT, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.